UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------X
          :
DYNAMIC ENJOY CORPORATION and  :
NADIA CHRISTOPOULOS,                :
                                         :
               Plaintiffs,          :              22-CV-9909 (VSB)
                                      :
             - against -            :              ORDER
                                      :
PICCOLO BY GAMBRINUS, LLC,       :
ALEXANDER CESARIA VANDERBILT, :
and CANDO CAPITAL, LLC,            :
                                      :
               Defendants,       :
                                         :
------------------------------------------------------- X

<u>VERNON S. BRODERICK</u>, United States District Judge:

      I am in receipt of Defendant Alexander Cesaria Vanderbilt's email, dated January 23, 2024. Mr. Vanderbilt is advised that he can obtain ECF notifications for this matter, and can do so following the instructions provided at:

https://www.nysd.uscourts.gov/sites/default/files/pdf/proseconsentecfnotice-final.pdf.

Mr. Vanderbilt is further reminded to contact the Southern District of New York's Pro Se Office to provide it with his contact information.

SO ORDERED.

Dated:     January 24, 2024
             New York, New York

                                                                  _____
                                                                  Vernon S. Broderick
                                                                  United States District Judge