UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------X
 :
DYNAMIC ENJOY CORPORATION and :
NADIA CHRISTOPOULOS, :
 :
                Plaintiffs, :       22-CV-9909 (VSB)
 :
        - against - :       ORDER
 :
PICCOLO BY GAMBRINUS, LLC, :
ALEXANDER CESARIA VANDERBILT, :
and CANDO CAPITAL, LLC, :
 :
                Defendants, :
 :
-------------------------------------------------------- X

VERNON S. BRODERICK, United States District Judge:

On March 12, 2024, I held a telephonic conference in this case. In accordance with my comments made during the conference, it is hereby:

ORDERED that by April 11, 2024 the parties meet and confer to confirm the citizenship of Plaintiffs Dynamic Enjoy Corporation and Nadia Christopoulos and Defendants Alexander Cesaria Vanderbilt, Piccolo by Gambrinus, LLC and Cando Capital, LLC.

IT IS FURTHER ORDERED that the parties meet and confer to proceed with discovery. Specifically, the parties are to meet and confer concerning the materials that Defendant Alexander Cesaria Vanderbilt provided to Plaintiffs, as well as the requests for discovery and interrogatories that the Plaintiffs previously sent to the Defendants.

IT IS FURTHER ORDERED that all motions, including Plaintiff's anticipated request for a default judgment, shall be held in abeyance for one month, so as to allow Defendants time to secure counsel.

IT IS FURTHER ORDERED that the parties appear telephonically for a conference

scheduled on April 12, 2024 at 2:00 PM. The call-in number for the conference line is 888-363-4749 and the access code is 2682448.

SO ORDERED.

Dated:     March 13, 2024
           New York, New York

_____
Vernon S. Broderick
United States District Judge